United States District Court
Northern District of California

1

2                          UNITED STATES DISTRICT COURT

3                        NORTHERN DISTRICT OF CALIFORNIA

4

5

6   GOLDEN GATE VILLAGE ELECTION            Case No.: 12-cv-04226-YGR
    COMMITTEE, et al.,
7                                           **ORDER VACATING PRE-FILING CONFERENCE
            Plaintiffs,                     REGARDING MOTIONS FOR SUMMARY
8                                           JUDGMENT**
        vs.
9
    MARIN HOUSING AUTHORITY, et al.,
10
            Defendants.
11

12          A Pre-Filing Conference regarding motions for summary judgment is scheduled for March 1,

13   2013 at 10:00 a.m.  Based on the parties' submissions (Dkt. Nos. 14 & 15) and the previous

14   discussions with the Court, the Court **GRANTS** leave to file cross-motions for summary judgment as

15   set forth herein.   The March 1, 2013 conference is hereby **VACATED**.

16          Plaintiffs shall file the opening motion.  Pursuant to the Court's Standing Order in Civil Cases

17   at Section 9, Defendants' cross-motion and opposition shall be filed within fourteen days after filing

18   of the motion.  The reply to the motion and opposition to cross-motion shall be filed seven days

19   thereafter.  A reply to the cross-motion (sur-reply) will only be permitted upon request and the parties

20   may seek to reschedule the hearing date to allow additional time under Civ. L.R. 6-3 for a sur-reply.

21          The parties shall comply with the requirements set forth in the Court's Standing Order at

22   Section 9 regarding other summary judgment filings and procedures, and are advised to check the

23   Court's website for the most updated version.  The Court requests chambers copies in binders with an

24   index and tabs.  In addition, documents should contain the ECF header reflecting docket item number

25   and filing date.  Copies may be double-sided.

26          **IT IS SO ORDERED.**

27   Dated: February 28, 2013                 _____

28                                            **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**