United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE VILLAGE ELECTION COMMITTEE, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>MARIN HOUSING AUTHORITY, et al.,<br><br>  Defendants. | Case No.: 12-cv-04226-YGR<br><br>**ORDER REGARDING DEFENDANTS' SUMMARY JUDGMENT FILINGS** |

The Court previously granted the parties leave to file cross-motions for summary judgment. (Dkt. No. 16.) Plaintiffs filed their motion on April 1, 2013, including a separate statement of undisputed facts as required by this Court's Standing Order in Civil Cases.

Defendants filed two separate documents in response: an opposition to Plaintiffs' summary judgment motion (Dkt. No. 30) and their own motion for summary judgment (Dkt. No. 20). The Court's Order did not authorize the filing of an opposition and a separate motion for summary judgment. The Court intended that <u>one</u> document be filed (*i.e.*, a cross-motion/opposition), as is the normal practice in this district for cross-motions. By filing an opposition and separate motion, Defendants have exceeded the 25-page limit otherwise provided by the Local Rules for a single motion or opposition.

Defendants are hereby **ORDERED** to re-file their motion for summary judgment (Dkt. No. 20) and opposition to Plaintiffs' motion (Dkt. No. 30) as <u>one document</u> in compliance with this Order, the Court's Standing Order, and the Local Rules. The Court hereby **STRIKES** Defendants' previous filings at Dkt. Nos. 20–39.

The Court notes that Defendants did not file a responsive separate statement in compliance with the Court's Standing Order. Defendants are **ORDERED** to review the Court's Standing Order in

Civil Cases regarding summary judgment motions and to comply with the requirements therein, including a responsive separate statement in the required format.

Moreover, the Court notes that Defendants filed their various declarations and exhibits as separate docket entries.  When filing future documents, Defendants should link exhibits to their corresponding declarations, rather than making each exhibit its own docket entry.  Defendants may contact the ECF Help Desk if they have questions.

Defendants' revised filings shall be filed by April 23, 2013.  Plaintiffs' reply to their motion/opposition to the cross-motion (which shall also be filed as one document) shall be filed by April 30, 2013.  A reply to the cross-motion (sur-reply) will only be permitted upon request.  The hearing shall be rescheduled to June 4, 2013 at 2:00 p.m.

As previously stated in Dkt. No. 16, the Court requests chambers copies in binders with an index and tabs.  In addition, documents should contain the ECF header reflecting docket item number and filing date.  Copies may be double-sided.

This Order terminates Dkt. No. 20.  The Clerk shall strike Dkt. Nos. 20–39 from the record.

**IT IS SO ORDERED.**

Dated: April 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**