UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE VILLAGE ELECTION COMMITTEE, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MARIN HOUSING AUTHORITY, et al.,<br><br>　　　　Defendants. | Case No.: 12-cv-04226-YGR<br><br>**FURTHER ORDER REGARDING DEFENDANTS' SUMMARY JUDGMENT FILINGS** |

　　　For the reasons set forth in the Court's Order Regarding Defendants' Summary Judgment Filings (Dkt. No. 45), Defendants' additional summary judgment filings at Dkt. Nos. 40–44 are hereby **STRICKEN**.

　　　Defendants are **ORDERED** to review the Civil Local Rules regarding motion practice in this district. Dkt. No. 41 is also **STRICKEN** because "[a]ny evidentiary and procedural objections to [a] motion must be contained within the [opposition] brief or memorandum." Civ. L.R. 7-3(a); *see also* Civ. L.R. 7-3(c).

　　　The Clerk shall strike Dkt. Nos. 40–44 from the record.

　　　**IT IS SO ORDERED.**

Dated: April 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**