UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GOLDEN GATE VILLAGE ELECTION COMMITTEE,<br><br>             Plaintiff(s),<br>   v.<br><br>MARIN HOUSING AUTHORITY ADELE.,<br><br>             Defendant(s). | No. C 12-04226 YGR (MEJ)<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |

     This matter is scheduled for a settlement conference on Friday, January 17, 2014.  Now before the Court is Defendants' request to allow its insurance carrier's representatives to appear by telephone at the settlement conference.  Plaintiffs have stated they have no opposition to this request.  Good cause appearing, the request is **GRANTED.**  However, Defendants are hereby advised that, should the case not settle and a further settlement conference be scheduled, its insurance representatives will be required to appear in person at the further settlement conference, and sanctions may be imposed for failure to comply.

     The parties appearing by phone shall contact their counsel and provide a number where they may be reach should the Court need to speak with them.  The insurance representatives shall make themselves available to the Court until the settlement conference has ended or the Court excuses them.

**IT IS SO ORDERED.**

Dated: January 14, 2014

                                                  Maria-Elena James<br>
                                                  United States Magistrate Judge