**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GOLDEN GATE VILLAGE ELECTION COMMITTEE, ET AL.,**<br><br>     **Plaintiffs,**<br><br>     vs.<br><br>**MARIN HOUSING AUTHORITY,** *et al.*,<br><br>     **Defendants.** | Case No.:  **12-CV-4226 YGR**<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

On January 27, 2014, the Court issued an Order vacating hearing dates and setting a compliance hearing for Friday, March 28, 2014.  On March 21, 2014, the parties filed a joint statement apprising the Court of the status of settlement proceedings; specifically, that a settlement agreement was signed on March 20, 2014 and that the parties are diligently working toward dismissal of this action.  (*See* Dkt. No. 73.)

Accordingly, the Court hereby **CONTINUES** the compliance hearing to **April 4, 2014**.  Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 25, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**