| | |
|---|---|
| 1 | DAVID M. LEVIN (S.B. #193801) |
| 2 | ROBERT P. CAPISTRANO (S.B. #70382) |
|   | KARI A. RUDD (S.B. #268288) |
| 3 | BAY AREA LEGAL AID |
|   | 1025 Macdonald Avenue |
| 4 | Richmond, CA 94801 |
| 5 | Telephone: (510) 233-9954 |
|   | Facsimile: (510) 236-6846 |
| 6 | Email: dlevin@baylegal.org |

Attorneys for Plaintiffs GOLDEN GATE VILLAGE ELECTION COMMITTEE, HAZEL GOFF, GERALD TAYLOR, and GLADYS DENIS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | | |
|---|---|---|
| GOLDEN GATE VILLAGE ELECTION COMMITTEE, HAZEL GOFF, GERALD TAYLOR, and GLADYS DENIS, | ) ) ) | Case No:  C12-4226 YGR (MEJ) |
| Plaintiffs, | ) ) | [**PROPOSED**] **ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | ) ) | **Date:** April 4, 2014 |
| MARIN HOUSING AUTHORITY, INTERIM EXECUTIVE DIRECTOR EDWARD GRIFFIN [in his official capacity], and DOES 1-10, | ) ) ) ) ) | **Time:** 9:01 a.m.<br>**Location:** Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612, Courtroom 5 |
| Defendants. | ) ) | |

As requested by all Parties, and in accordance with their Settlement Agreement and Release of All Claims which provides for U.S. Magistrate Judge Maria-Elena James to retain jurisdiction over the Parties to adjudicate any disputes and/or motions brought to enforce this Agreement, the Court hereby dismisses this case with prejudice.

SO ORDERED. `Such jurisdiction shall extend for one year only.`

DATED: <u>April 2, 2014</u>            _____
                                     U.S. District Court Judge Yvonne Gonzalez Rogers